UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

DOUGLAS P. BEARDSLEY,

        Defendant.

**DECISION AND ORDER**
19-CR-133-A

---

This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr. pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings. On January 2, 2020, the Magistrate Judge filed a Report, Recommendation and Order (Dkt. No. 36) that recommends that defendant Beardsley's motion to suppress evidence (Dkt. No. 31) be denied. No timely objections to the Report and Recommendation have been filed.

Pursuant to 28 U.S.C. §636(b)(1), and for the reasons set forth in the Report and Recommendation, it is

**ORDERED** that the motion to suppress evidence (Dkt. No. 31) is denied for the reasons stated in the Report and Recommendation (Dkt. No. 36); and it is

**ORDERED** that the parties shall appear to set a date for trial on January 27, 2020 at 10:00 a.m.

**IT IS SO ORDERED.**

                              *s/Richard J. Arcara*
                              HONORABLE RICHARD J. ARCARA
                              UNITED STATES DISTRICT COURT

Dated: January 23, 2020